FILED
2009 Apr-24 PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JEFFREY LYNN BENTLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:08-cv-02374-CLS-JEO |
| | ) |
| **LIMESTONE COUNTY** | ) |
| **DETENTION FACILITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 3, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on April 15, 2009.

In his objections, the plaintiff restates his claims that the defendants failed to provide him with adequate medical care for the rash and sores on his arms. However, because the plaintiff seeks only injunctive relief from the defendants in the form of medical care, his request is moot since he is no longer incarcerated at the Limestone County Detention Facility.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court

is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 24th day of April, 2009.

_____
United States District Judge